NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: GLYCOBIOSCIENCES, INC.,
*Appellant*

---

2014-1793

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,687.

---

## JUDGMENT

---

JEROLD I. SCHNEIDER, Schneider Rothman IP Law Group, Boca Raton, FL, argued for appellant. Also represented by JOEL B. ROTHMAN.

FRANCES LYNCH, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by SARAH E. CRAVEN, NATHAN K. KELLEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, SCHALL, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 10, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |